[No. 1995–3.   Division Three.   September 28, 1977.]

THE CITY OF SPOKANE, *Respondent,* v. BEVERLY M. TARRANT, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 24218, William H. Williams, J., entered May 24, 1976. *Reversed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J.

[No. 2226–2.   Division Two.   September 29, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT WADE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 8962, Robert D. McMullen, J., entered December 3, 1975. *Affirmed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 2565–2.   Division Two.   September 29, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 9242, John N. Skimas, J., entered September 1, 1976. *Affirmed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Petrie, J.